**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wild West Guns, LLC an Alaska limited liability company, | Case No. |
| Plaintiff, | **Complaint** |
| v. | |
| Wild West Guns FX, LLC an Arizona limited liability company, Teresa King and John Doe King, wife and husband, | |
| Defendant. | |

For its Complaint against Defendants Wild West Guns FX, LLC, Teresa King and John Doe King, Plaintiff Wild West Guns, LLC alleges as follows:

### Parties, Jurisdiction, and Venue

1.      Plaintiff Wild West Guns, LLC is an Alaska limited liability company, whose two members are both citizens of Alaska. Plaintiff operates a business selling firearms and accessories out of Anchorage, Alaska, Las Vegas, Nevada, and nationally online.

2.      Defendant Wild West Guns FX, LLC is an Arizona limited liability company, whose sole member is a citizen of Arizona. Defendant operates a retail firearms store in Parker, Arizona and online.

3.      Teresa King is a resident of Arizona who is the sole member of Wild West Guns FX, LLC.

**JABURG|WILK**
Attorneys at Law

4. At all material times, Teresa King was acting for and on behalf of Wild West Guns FX, LLC.

5. John Doe King is the husband of Teresa King, and is named herein solely to bind the marital community.

6. At all material times, Teresa King was acting for and on behalf of her marital community.

7. This is an action for trademark infringement, false designation of origin, and unfair trade practices under Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 & 1125(a), and for related claims of unfair trade practices under statutory (Alaska Stat. § 45.50471(b)) and common law of the State of Alaska. This Court has jurisdiction over the state and common law claims for unfair competition under 28 U.S.C. § 1338(b) because the claims are joined with a substantial and related claim under the Trademark Laws of the United States, 15 U.S.C. §§ 1051 *et seq*.

8. This Court has personal jurisdiction over Defendants because Wild West Guns FX, LLC is domiciled in Arizona.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because, upon information and belief, a substantial portion of the events giving rise to the claim in this case occurred in this District, and upon information and belief, Defendants are subject to personal jurisdiction in this District.

## GENERAL ALLEGATIONS

10. In May 1992, Jim and Kristy West, the members of Plaintiff Wild West Guns, LLC, through their prior entity Wild West Guns, Inc. (collectively referred to herein, as "Plaintiff") began selling firearms and accessories in Anchorage, Alaska under the mark WILD WEST GUNS. Plaintiff has continuously used the mark in commerce since that date.

JABURG|WILK
Attorneys at Law

2

18977-18977-00001\MCS\KAC\2301755.1

11. In or before 1999, Plaintiff began selling firearms and accessories nationally online under the mark WILD WEST GUNS.

12. Plaintiff operates via the domain name <www.wildwestguns.com>.

13. In October 2011, Plaintiff opened a second store in Las Vegas, Nevada.

14. In January 2012, Discovery Communications began filming and airing—on its cable and satellite channel Animal Planet—a reality television show called Wild West Alaska, featuring Wild West Guns, LLC and its business conducted under the mark WILD WEST GUNS.

15. Wild West Alaska is currently in its fifth season and airs globally on Animal Planet.

16. As a result of Wild West Guns, LLC's substantial time, effort, money, and resources spent developing, marketing, and promoting its goods and services under the mark WILD WEST GUNS, the consuming public has come to recognize and rely upon the WILD WEST GUNS mark as the source of Plaintiff's goods and services.

17. On April 4, 2014, Wild West Guns, LLC filed an application with the United States Patent and Trademark Office ("USPTO") for its mark WILD WEST GUNS, Serial No. 86243104, in International Class 35. The mark was published for opposition on August 19, 2014.

18. On November 4, 2014, the USPTO granted Wild West Guns, LLC a federal registration for the mark, Reg. No. 4,632,290. A true and correct copy of the Registration Certificate for the mark is attached as **Exhibit 1**.

19. The effective date of Registration No. 4,632,290 is April 4, 2014.

20. Thereafter, Plaintiff learned of Wild West Guns FX, LLC and Teresa King's use of the mark WILD WEST GUNS FX in connection with the sale of firearms and accessories.

JABURG|WILK
Attorneys at Law

3

18977-18977-00001\MCS\KAC\2301755.1

21.   Wild West Guns, LLC and Wild West Guns FX, LLC sell the same goods and offer the same services.

22.   Wild West Guns, LLC and Wild West Guns FX, LLC sell similar goods and offer similar services.

23.   Upon information and belief, Wild West Guns FX, LLC was formed in August of 2014.

24.   Upon information and belief, Wild West Guns FX, LLC obtained a Federal Firearms License through the Bureau of Alcohol Tobacco and Firearms in November of 2014.

25.   In January of 2015, Plaintiff contacted Defendants by telephone and explained that Defendants' use of the substantially similar mark infringed Plaintiff's rights in the WILD WEST GUNS mark.

26.   Defendants responded that the use was not trademark infringement because they added the letters FX to the end.

27.   Plaintiff explained that the additional letters do not adequately differentiate the marks and re-emphasized that the Defendants' use of the mark constituted trademark infringement.

28.   Plaintiff followed up the telephone call by email, reiterating its request that Defendants cease their use of the substantially similar mark.

29.   A true and correct copy of the February 16, 2015 email from Plaintiff to Defendants is attached as **Exhibit 2**.

30.   Despite this interaction, Defendants knowingly and willfully continued operating and selling goods and services under the mark WILD WEST GUNS FX.

31.   In May of 2016, Plaintiff received a phone call from a confused customer who had inadvertently shipped a gun to Wild West Guns FX, LLC, thinking it was Wild

4

18977-18977-00001\MCS\KAC\2301755.1

JABURG|WILK
Attorneys at Law

1  West Guns, LLC. A declaration of Plaintiff's employee Paige Nelson, the employee

2  who fielded the call, is attached as **Exhibit 3**.

3      32.    Plaintiff then learned that Defendants were operating a website and

4  actively promoting its goods and services under the mark WILD WEST FX on social

5  media.

6      33.    Defendants operate via the domain name <www.wildwestgunsfx.com>.

7      34.    In May 2016, Facebook disabled Defendants' dedicated page after

8  Plaintiff complained that the page violated Plaintiff's intellectual property rights. A true

9  and correct copy of the Facebook email confirming the removal or disabling of the page

10  is attached as **Exhibit 4**.

11      35.    On May 16, 2016, Defendants' marketing and promotion specialist

12  contacted Plaintiff, inquiring about the alleged trademark infringement. A true and

13  correct copy of the May 16, 2016 email is attached as **Exhibit 5**.

14      36.    Upon information and belief, Defendants then circumvented Facebook's

15  disabling of the page by creating a new Facebook page and adding its location "parker"

16  to form a new URL page, i.e. <www.facebook.com/WildWestGunsFXparker>.

17      37.    In June 2016, Plaintiff sent another letter to Defendants, again demanding

18  that Defendants cease its use of the mark WILD WEST FX.

19      38.    A true and correct copy of the June 2, 2016 letter is attached as **Exhibit 6**.

20      39.    Defendants ignored the communications and have continued operating

21  and promoting goods and services under the mark WILD WEST FX.

### Count One
### (Trademark Infringement under 15 U.S.C. § 1114)

22      40.    Plaintiff repeats and realleges all allegations in this Complaint as if fully

23  set forth herein.

24      41.    Wild West Guns, LLC is the owner of a federal trademark registration for

25  the mark WILD WEST GUNS.

JABURG|WILK
Attorneys at Law

5

42.     Wild West Guns FX, LLC and Teresa King's activities complained of herein infringe Wild West Guns, LLC's well-established and federally protected trademark rights under U.S. trademark law and constitutes federal trademark infringement pursuant to Section 32 of the Lanham Act (15 U.S.C. § 1114).

43.     Wild West Guns FX, LLC and Teresa King's activities complained of herein have been without Wild West Guns, LLC's consent.

44.     Wild West Guns FX, LLC and Teresa King's unauthorized adoption, maintenance, and use of the substantially similar WILD WEST GUNS and any derivation thereof constitutes commercial use in interstate commerce.

45.     By continuing to market, promote, advertise, and offer goods and services under the WILD WEST GUNS mark and any derivation thereof in the manner complained of herein, Wild West Guns FX, LLC and Teresa King have caused and will likely continue to cause confusion in the marketplace and mislead the public into believing that Defendants' goods and services are associated with, sponsored by, and/or approved of by Wild West Guns, LLC.

46.     Defendants have been made aware of Plaintiff's exclusive rights in the WILD WEST GUNS mark.

47.     Wild West Guns FX, LLC and Teresa King have failed and refused to discontinue the activities complained of herein despite their actual notice that these activities infringe Wild West Guns, LLC 's exclusive rights.

48.     Wild West Guns FX, LLC and Teresa King's ongoing marketing, promotion, advertising, and offering of goods and services under the WILD WEST GUNS mark and any derivation thereof is therefore wrongful, intentional, and in deliberate and knowing disregard of Wild West Guns, LLC's exclusive rights.

49.     Wild West Guns FX, LLC and Teresa King's infringement was and is intentional and willful.

18977-18977-00001\MCS\KAC\2301755.1

1   50.   As a result of Wild West Guns FX, LLC and Teresa King's trademark
2   infringement, Wild West Guns, LLC has been damaged in an amount to be proven at
3   trial

4   51.   Pursuant to Section 35 of the Lanham Act (15 U.S.C. §1117), Wild West
5   Guns FX, LLC and Teresa King's willful, deliberate action permits recovery of profits,
6   damages, and costs by Wild West Guns, LLC, including treble damages and attorney
7   fees.

8   52.   Wild West Guns FX, LLC and Teresa King's activities complained of
9   herein have caused and unless restrained and enjoined, will continue to cause
10   irreparable damage and injury to Wild West Guns, LLC, for which Wild West Guns,
11   LLC has no adequate remedy at law.

**Count Two**
**(Unfair Competition and False Designation of Origin under 15 U.S.C. §1125(a))**

13   53.   Plaintiff repeats and realleges all allegations in this Complaint as if fully
14   15   set forth herein.

16   54.   Wild West Guns FX, LLC and Teresa King's activities complained of
17   herein infringe Wild West Guns, LLC's exclusive rights and are likely to cause
18   confusion, or to cause mistake, or to deceive as to the affiliation, connection, or
19   association with Wild West Guns, LLC, or as to the origin, sponsorship, or approval of
20   21   Wild West Guns FX, LLC's goods and services or other commercial activities by Wild
22   West Guns, LLC.

23   55.   Wild West Guns FX, LLC and Teresa King's activities complained of
24   herein thus constitute trademark infringement and unfair competition in violation of
25   Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

26   ...

27

28

JABURG|WILK
Attorneys at Law

7

56.     As a result of Wild West Guns FX, LLC and Teresa King's trademark infringement and unfair competition, Wild West Guns, LLC has been damaged in an amount to be proven at trial.

57.     Pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117), Wild West Guns FX, LLC and Teresa King's willful, deliberate actions permit recovery of profits, damages, and costs by Wild West Guns, LLC, including treble damages and attorney fees.

58.     Wild West Guns FX, LLC and Teresa King's activities complained of herein have caused and, unless restrained and enjoined, will continue to cause irreparable damage and injury to Wild West Guns, LLC, for which Wild West Guns, LLC has no adequate remedy at law.

### Count Three
### (Unfair Trade Practices under Alaska Stat. § 45.50.471(b))

59.     Plaintiff repeats and realleges all allegations in this Complaint as if fully set forth herein.

60.     Wild West Guns FX, LLC and Teresa King's activities complained of herein have caused and will continue to cause a likelihood of confusion or misunderstanding as to the source, sponsorship, or approval, or another person's affiliation, connection, or association with or certification of goods or services.

61.     Wild West Guns FX, LLC and Teresa King have represented and continue to represent that their goods and services have sponsorship, approval, characteristics, and/or benefits that they do not have.

62.     Wild West Guns FX, LLC and Teresa King's activities complained of herein create a likelihood of confusion or of misunderstanding, which misleads, deceives, or damages a buyer and/or a competitor in connection with the sale or advertisement of goods and services.

JABURG | WILK
Attorneys at Law

8

63.   Wild West Guns FX, LLC and Teresa King's activities complained of herein thus constitute unfair trade practices in violation of Alaska Stat. § 45.50.471(b).

64.   As a result of Wild West Guns FX, LLC and Teresa King's unfair trade practices, Plaintiff has been damaged in an amount to be proven at trial.

65.   Pursuant to Alaska Stat. § 45.50.537(a), Plaintiff is entitled to recover its costs and full reasonable attorney fees incurred herein.

66.   Wild West Guns FX, LLC and Teresa King's activities complained of herein have caused and, unless restrained and enjoined, will continue to cause irreparable damage and injury to Plaintiff, for which Plaintiff has no adequate remedy at law.

## Count Four
### (Common Law Unfair Competition)

67.   Plaintiff repeats and realleges all allegations in this Complaint as if fully set forth herein.

68.   Wild West Guns FX, LLC and Teresa King's activities complained of herein constitutes constitute unfair methods of competition and unfair or deceptive trade practices in violation of state common law.

69.   Such activities by Wild West Guns FX, LLC and Teresa King have been without Wild West Guns, LLC's consent.

70.   Such activities by Wild West Guns FX, LLC and Teresa King were done and continue to be done knowingly, intentionally, and willfully.

71.   As a result of Wild West Guns FX, LLC and Teresa King's unlawful acts, Wild West Guns, LLC has suffered, and continues to suffer substantial damages in an amount to be proven at trial.

72.   Such activities by Wild West Guns FX, LLC and Teresa King have caused and, unless restrained and enjoined, will continue to cause irreparable damage

JABURG|WILK
Attorneys at Law

9

and injury to Wild West Guns, LLC, for which Wild West Guns, LLC has no adequate remedy at law.

WHEREFORE Plaintiff Wild West Guns, LLC requests entry of judgment in its favor and against Defendants as follows:

A.    For declaratory relief finding that Wild West Guns FX, LLC and Teresa King's activities complained of herein are unlawful under federal and state law;

B.    For an award of actual damages to compensate Wild West Guns, LLC for its losses, damage to its business reputation, and/or lost sales and profits caused by Wild West Guns FX, LLC and Teresa King's unlawful conduct;

C.    For an award in an amount equal to Wild West Guns FX, LLC and Teresa King's profits attributable to its unlawful conduct;

D.    For an award of treble damages as a consequence of Wild West Guns FX, LLC and Teresa King's willful infringement in violation of the Lanham Act;

E.    For an award of attorney fees and costs pursuant to 15 U.S.C. §1117, Alaska Stat. § 45.50.537(a), Alaska Stat. § 09.60.010 or otherwise;

F.    For an award of punitive damages in an amount appropriate to punish Defendants for their reckless disregard of Plaintiff's rights, and to deter Defendants and others from engaging in such misconduct in the future;

G.    For preliminary and permanent injunctive relief as follows:

i)    Ordering Wild West Guns FX, LLC and its member, representatives, officers, directors, agents, servants, employees, and any and all persons or entities in active concert with them, to immediately cease and desist from engaging in any further acts of trademark infringement and unfair competition with regard to the WILD WEST GUNS mark, including without limitation, all marketing promotion, advertising, distribution, and offering of services under the mark or any derivation thereof;

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii)     Ordering Wild West Guns FX, LLC and Teresa King to immediately cease and desist from assisting, aiding, or abetting any third person or entity from marketing, promoting, advertising, distributing, offering, providing, or selling services under the WILD WEST GUNS mark or any derivation thereof; and

H.      For such other and further relief as the Court deems just and proper.

**Jury Trial Demand**

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED this 29th day of November, 2016.

**Jaburg & Wilk, P.C.**

Maria Crimi Speth
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff

11

<u>EXHIBIT 1</u>

# United States of America
## United States Patent and Trademark Office

# Wild West Guns

**Reg. No. 4,632,290**

**Registered Nov. 4, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WILD WEST GUNS LLC (ALASKA LIMITED LIABILITY COMPANY)
7100 HOMER DR.
ANCHORAGE, AK 99518

FOR: ON-LINE RETAIL STORE SERVICES FEATURING FIREARMS, GUNS, HUNTING
RIFLES, GUN STOCKS, HOLSTERS, PISTOL HOLSTERS, AMMUNITION, BAGS, RIFLE
BAGS, BULLET AND SHELL EXTRACTORS, CASE COVERS FOR FIREARMS, COMPONENT
PARTS FOR GUNS, RIFLE PARTS, FIREARM ACCESSORIES, FIREARM MOUNTS, FIREARM
SIGHTS, MUSSEL BREAKS, RECOIL PADS, SHELL EJECTORS, FIRING PINS, GUN HAM-
MERS, FINGER LEVERS, FIREARM RECOIL BRAKES, CARTRIDGE CARRIER-LIFTERS,
FIREARM TRIGGERS, GUN LASER AND LIGHT MOUNTING ADAPTERS, GUN STOCKS,
RIFLE HOLSTERS, GUN HAMMER SAFETIES, GUN MOUNTING BRACKETS, CLOTHING,
HATS, SHIRTS, BELT BUCKLES, STICKERS, GLASSWARE, FLASKS, MUGS, SUNGLASSES,
EYEGLASS CLEANER, AND BINOCULAR STRAPS; RETAIL STORE SERVICES FEATURING
FIREARMS, GUNS, HUNTING RIFLES, GUN STOCKS, HOLSTERS, PISTOL HOLSTERS,
AMMUNITION, BAGS, RIFLE BAGS, BULLET AND SHELL EXTRACTORS, CASE COVERS
FOR FIREARMS, COMPONENT PARTS FOR GUNS, RIFLE PARTS, FIREARM ACCESSORIES,
FIREARM MOUNTS, FIREARM SIGHTS, MUSSEL BREAKS, RECOIL PADS, SHELL
EJECTORS, FIRING PINS, GUN HAMMERS, FINGER LEVERS, FIREARM RECOIL BRAKES,
CARTRIDGE CARRIER-LIFTERS, FIREARM TRIGGERS, GUN LASER AND LIGHT
MOUNTING ADAPTERS, GUN STOCKS, RIFLE HOLSTERS, GUN HAMMER SAFETIES,
GUN MOUNTING BRACKETS, CLOTHING, HATS, SHIRTS, BELT BUCKLES, STICKERS,
GLASSWARE, FLASKS, MUGS, SUNGLASSES, EYEGLASS CLEANER, AND BINOCULAR
STRAPS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GUNS", APART FROM THE
MARK AS SHOWN.

SER. NO. 86-243,104, FILED 4-4-2014.

ALLISON HOLTZ, EXAMINING ATTORNEY



*Deputy Director of the United States*
*Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications ·
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

<u>EXHIBIT 2</u>

From: **Wild West Guns - Alaska** Kristy@wildwestguns.com
Subject: FW: Trade mark Infringment
Date: August 27, 2016 at 11:53 AM
To: Wild West Guns - Alaska Jim@wildwestguns.com

Jim — I'm going through my emails to find info on credit card stuff and came across this email to Wild West Guns FX that you sent in 2015.

**From:** Shipping AK WWG [mailto:shippingak@wildwestguns.com]
**Sent:** Monday, February 16, 2015 12:31 PM
**To:** wildwestgunsfx@hotmail.com
**Cc:** jim@wildwestguns.com; alaska@wildwestguns.com; Wild West Guns- Las Vegas <vegas@wildwestguns.com>; yhmetzger@aol.com; kristy@wildwestguns.com
**Subject:** Trade mark infringment

Teresa
Please see attached US Trade Mark Registration.
As you are aware we have store's in Anchorage, Alaska and Las Vegas, Nevada and a TV show "Wild West Alaska" featuring Wild West Guns playing internationally on Animal Planet channel. We incorporated in May, 1992.
Your use of our name is not authorized in any form. Please discontinue using our Registered name.

Jim West
Wild West Guns

---



# Wild West Guns

EXHIBIT 3

At around 11 am on May 12, 2016, I answered the phone. It was a call from a FFL dealer in Texas requesting to get verification that we received their FFL paperwork that they had emailed over roughly three days ago. I asked them who they had been in contact with from our shop, and the lady replied Kevin. I told her that there was no Kevin that worked at our shop, but that I would look up the customer in the computer to see what the status was. When looking up the information I was unable to find any records of the customer at all in our point of sale system. The lady then asked if she could call me back when she found the original email correspondence they had with us. About an hour later they called back and informed us that they actually had been dealing with a Wild West Guns FX, and just had gotten the two mixed up.

Paige Nelson

5/13/16

EXHIBIT 4

From: **Wild West Guns - Alaska** Jim@wildwestguns.com
Subject: **Fwd: Intellectual Property Notification Complaint #1681501348781868**
Date: **May 16, 2016 at 7:01 PM**
To: Jim West jwest@gci.net, Wild West Guns - Alaska jim@wildwestguns.com

Sent from Jim West
https://www.facebook.com/JimWildWestAlaska
www.wildwestguns.com
www.fishhuntalaska.com
**Wild West Alaska -  Animal Planet Channel**

**Begin forwarded message:**

**From:** No Reply <noreply@facebook.com>
**Date:** May 16, 2016 at 2:57:45 PM PDT
**To:** jim@wildwestguns.com
**Subject: Intellectual Property Notification Complaint
#1681501348781868**

Hi,

Thanks for bringing this matter to our attention. We removed or disabled
access to the content you reported for violating the Facebook Statement
of Rights and Responsibilities. We understand this action to resolve your
intellectual property issue.

This is a no-reply email that is sent from an address that cannot accept
incoming email. Please do not reply to this message. Any replies will not
be received.

If you'd like to report something else, or if you don't believe this action

resolved your issue, please fill out this form:

https://www.facebook.com/help/contact/208282075858952

Please reference this report (Complaint #1681501348781868) in your new report if you think it will help us better understand your issue.

If you have any additional questions, please visit the Intellectual Property section of our Help Center:

https://www.facebook.com/help/intellectual_property

Thanks,

The Facebook Team

EXHIBIT 5

From:  **Wild West Guns - Alaska** Jim@wildwestguns.com
Subject:  Fwd: Possible Trademark infringement on Facebook
Date:  May 16, 2016 at 7:01 PM
To:  Jim West jwest@gci.net, Wild West Guns - Alaska jim@wildwestguns.com

Sent from Jim West

https://www.facebook.com/JimWildWestAlaska

www.wildwestguns.com

www.fishhuntalaska.com

**Wild West Alaska –  Animal Planet Channel**

**Begin forwarded message:**

**From:** Josh Savino <josh@JOSHUAMARKETINGPROMOTION.COM>
**Date:** May 16, 2016 at 4:50:45 PM PDT
**To:** "Jim@wildwestguns.com" <Jim@wildwestguns.com>
**Subject: Possible Trademark infringement on Facebook**

I received an email regarding a possible trademark infringement on the Facebook page for "Wild West Guns FX". Since our business page has been disabled I can not review the content in question. I'm curious to what materials this violation covers and what actions I can take on my end to resolve this matter so that I can get the page back up ASAP. Thank you,

Josh

<u>EXHIBIT 6</u>



June 2, 2016

Ms. Teresa King
Wild West Guns FX, LLC
820 S. California Ave #109
Parker, AZ 85346

RE: "WILD WEST GUNS" Trademark

Dear Ms. King:

As you may recall, I phoned you in January 2015 to discuss your unauthorized use of our trademark "WILD WEST GUNS". I followed up with an email letter asking you to discontinue using the "WILD WEST GUNS" trademark and enclosed a copy of our registered trademark for your review.

It has been brought to our attention that your company is continuing to use the trademark "WILD WEST GUNS" in association with the marketing or sale of your products and services despite our having advised you that the "WILD WEST GUNS" trademark is a registered trademark (U.S. Reg. No. 4,632,290) of our business (copy enclosed).

Our federal registration of this trademark provides us with certain proprietary rights. We are entitled to restrict the use of the trademark, or a confusingly similar trademark, in association with confusingly similar products or services. Our trademark serves as an important and distinctive representation of our products as well as the goodwill of our company. We, therefore, find it is imperative to protect it against any misrepresentation that may cause substantial harm to our business by facilitation the loss of the trademark's effectiveness.

Your unauthorized use of our federally registered trademark amounts to an infringement of our trademark rights, and therefore, we respectfully request for the second time that you immediately cease and desist in any further use of the trademark "WILD WEST GUNS" in association with the marketing, sale, distribution, or identification of your products or services.

We hope that this issue may be amicably resolved and are willing to consider a licensing agreement for the use of the trademark "WILD WEST GUNS". Please respond by letter assuring us of your immediate actions taken to cease and desist the use of the trademark "WILD WEST GUNS", or any confusingly similar trademark, within ten (10) calendar days of the receipt of this letter to avoid legal action against you as provided by state and federal law and the U.S. Trademark Act.

Sincerely,

Jim West
Managing Member

THE ANCHORAGE STORE 7100 Homer Drive, Anchorage, AK 99518   THE LAS VEGAS STORE 5225 Wynn Road, Las Vegas, NV 89118
Tel: 907.344.4500                                          Tel:702.798.4570

**shippingak@wildwestguns.com**

| | |
|---|---|
| **From:** | USPS_Shipping_Services@usps.com |
| **Sent:** | Thursday, June 02, 2016 5:51 PM |
| **To:** | shippingak@wildwestguns.com |
| **Subject:** | USPS - Click-N-Ship(R) Payment Confirmation |

 Sign in | Shipping History | Manage Your Mail | Customer Service

## USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, SHIPPING DEPARTMENT!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
Acct #: 8215356
Transaction Number: 375769283
Transaction Date/Time: 06/02/2016 08:48 PM CDT
Transaction Amount: $12.15
Payment Method: AMEX-1039

**Priority Mail® 3-Day**
**Flat Rate Envelope**
9468 7036 9930 0001 1239 84 (Sequence Number 1 of 1)

**Scheduled Delivery Date:** 06/06/2016
**Shipped to:** TERESA KING
WILD WEST GUNS FX
820 S CALIFORNIA AVE
STE 109
PARKER AZ 85344-5051

## Priority Mail Flat Rate™ Shipping

Get free Priority Mail® supplies >



**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy



usps.com

English          Customer Service          USPS Mobile                                        HI, SHIPPING

# ⊠USPS.COM®

## USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 9468703699300001123984**

On Time
**Expected Delivery Day: Monday, June 6, 2016**
**Signed for By: T KING // PARKER, AZ 85344 // 12:01 pm**

## Product & Tracking Information

**Postal Product:**
Priority Mail 3-Day™

**Features:**
Adult Signature          Insured

## Available Actions

**Proof of Delivery**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 6, 2016 , 12:01 pm** | **Delivered, Front Desk/Reception** | **PARKER, AZ 85344** |

**Text Updates**

**Email Updates**

Your item was delivered to the front desk or reception area at 12:01 pm on June 6, 2016 in PARKER, AZ 85344

| June 6, 2016 , 7:58 am | Out for Delivery | PARKER, AZ 85344 |
|---|---|---|
| June 6, 2016 , 7:48 am | Sorting Complete | PARKER, AZ 85344 |
| June 6, 2016 , 7:07 am | Arrived at Post Office | PARKER, AZ 85344 |
| June 6, 2016 , 2:28 am | Departed USPS Facility | PHOENIX, AZ 85043 |
| June 5, 2016 , 6:56 pm | Arrived at USPS Destination Facility | PHOENIX, AZ 85043 |
| June 4, 2016 , 11:53 am | Departed USPS Facility | ANCHORAGE, AK 99530 |
| June 3, 2016 , 9:08 pm | Arrived at USPS Origin Facility | ANCHORAGE, AK 99530 |
| June 3, 2016 , 5:51 pm | Departed Post Office | ANCHORAGE, AK 99518 |
| June 3, 2016 , 11:21 am | Picked Up | ANCHORAGE, AK 99518 |
| June 3, 2016 | Pre-Shipment Info Sent to USPS | |

## Track Another Package

**Tracking (or receipt) number**

| | **Track It** |
|---|---|

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



USPS.com® - USPS Tracking®

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number